JS-6

1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   Delta T LLC, d/b/a Big Ass Fans,        Case Nos. **EDCV 20-728-GW-GJSx**
                                             and EDCV 20-1489-GW-GJSx
12                      Plaintiff,
                                             **FINAL JUDGMENT**
13        v.
                                             District Judge: George H. Wu
14   MacroAir Technologies, Inc.,            Magistrate Judge: Gail J. Standish

15                      Defendant.

16   MacroAir Technologies, Inc.,

17                      Counterclaimant,

18        v.

19   Delta T LLC d/b/a Big Ass Fans,

20                      Counter-Defendant.

21

22

23

24

25

26

27

28

                                                    [PROPOSED] FINAL JUDGMENT

Consistent with the jury's verdict (ECF Nos. 433, 434), judgment is entered as follows:

1)    in favor of Plaintiff, Delta T LLC d/b/a Big Ass Fans, and against Defendant MacroAir Technologies, Inc. for:

    a.    infringement of claim 1 of U.S. Patent No. 9,458,859;

    b.    infringement of claim 10 of U.S. Patent No. 9,458,859;

    c.    infringement of claim 1 of U.S. Patent No. 8,900,041;

    d.    patent damages of $926,543, plus prejudgment interest on that amount of 7% per annum;

    e.    willful false advertising concerning statements that (i) "AirVolution-D HVLS fan offers an unlimited 50,000-hour warranty" which "in most industrial applications" is "the equivalent of 24 years of use;" (ii) "AirVolution-D HVLS fan offers an unlimited 50,000-hour warranty" which "in most industrial applications" is "9 years more coverage than the longest motor, drive and controller warranty offered by BAF;" and (iii) "most other big fan manufacturers only have forward operation.";

    f.    false advertising disgorgement in an amount of $1,851,222; and

    g.    post-judgment interest on the above awards at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date hereof.

2)    in favor of Defendant, MacroAir Technologies, Inc., and against Delta T LLC d/b/a Big Ass Fans for:

    a.    no infringement of claim 5 of U.S. Patent No. 8,672,649; and

    b.    no infringement of claim 7 of U.S. Patent No. 8,672,649.

3)    all remaining claims and counterclaims are hereby dismissed with

1    prejudice.

2    4)    a permanent injunction against Defendant MacroAir Technologies,

3          Inc.

4

5

6    IT IS SO ORDERED

7    Date: August 21, 2024          By: _____

                                        HON. GEORGE H .WU,
8                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                              [PROPOSED] FINAL JUDGMENT